```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 16531
    BERTRAM GRAY
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-0340

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 12/14/2006 and was confirmed 06/20/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/15/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
FORD MOTOR CREDIT          UNSECURED              .00           .00            .00
FORD MOTOR CREDIT CORPOR   SECURED                .00           .00            .00
WELLS FARGO BANK           CURRENT MORTG          .00           .00            .00
WELLS FARGO BANK           MORTGAGE ARRE     1239.30           .00        1239.30
EDUCATIONAL CREDIT MGMT    UNSECURED         1863.79           .00        1357.97
CAPITAL ONE BANK           UNSECURED        NOT FILED          .00            .00
CITIBANK                   UNSECURED        NOT FILED          .00            .00
CITIBANK                   UNSECURED        NOT FILED          .00            .00
CITIBANK                   UNSECURED        NOT FILED          .00            .00
CITIBANK                   UNSECURED        NOT FILED          .00            .00
CITIBANK                   UNSECURED        NOT FILED          .00            .00
CITIBANK                   UNSECURED        NOT FILED          .00            .00
EARL D BROWNLEEE           UNSECURED        NOT FILED          .00            .00
DR HENRY MOORE             UNSECURED        NOT FILED          .00            .00
OLIVE HARVEY COLLEGE       UNSECURED        NOT FILED          .00            .00
WELLS FARGO FINANCIAL IL   UNSECURED         6855.41           .00        4994.89
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      1,833.00                     1,833.00
TOM VAUGHN                 TRUSTEE                                         728.52
DEBTOR REFUND              REFUND                                        1,015.36

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             11,169.04

PRIORITY                                         .00
SECURED                                     1,239.30
UNSECURED                                   6,352.86
ADMINISTRATIVE                              1,833.00
TRUSTEE COMPENSATION                          728.52
DEBTOR REFUND                               1,015.36

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 16531 BERTRAM GRAY
```

```
                              ---------------     ---------------
TOTALS                              11,169.04           11,169.04
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 01/27/09               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```